

**CUMMINGS·McCLOREY**
**DAVIS & ACHO, P.L.C.**

ATTORNEYS AND COUNSELORS AT LAW

310 W. FRONT STREET, SUITE 221 ▪ TRAVERSE CITY, MICHIGAN 49684 ▪ PHONE: (231) 922-1888 ▪ FACSIMILE: (231) 922-9888

**Please note our new address.**

Haider A. Kazim
hkazim@cmda-law.com

April 23, 2018

***VIA ECF FILING***

Clerk of the Court
U.S. WESTERN DISTRICT COURT
107 Federal Building
410 W. Michigan Ave.
Kalamazoo, MI 49007

   RE: HAROLD W. WRIGHT v MECOSTA COUNTY, SHERIFF TODD M. PURCELL & CAPTAIN KEVIN WOOD
      File No. 1:17-cv-00889-PLM-PJG

Dear Court Clerk:

  Please be advised that I am representing Defendants, Mecosta County, Sheriff Todd M. Purcell and Captain Kevin Wood, in the above referenced matter. I am writing to let the Court know that I will be out of the State of Michigan on June 8th through 15th, 2018, July 6th, 10th through 13th, 2018 and August 16th through 23rd, 2018. I would kindly ask the Court to avoid scheduling any hearings during those times.

  Thank you for your consideration in this regard. Please feel free to contact us if you have any questions or concerns.

Very truly yours,

*[signature]*

Haider A. Kazim
HAK/ajm
cc: Paul A. Ledford