IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

HAROLD W. WRIGHT,                              CASE NO.: 1:17-cv-00889-PLM-PJG

      Plaintiff,                              HON. PAUL L. MALONEY

v                                              MAG.: HON. PHILLIP J. GREEN

COUNTY OF MECOSTA, a local public
entity, Sheriff TODD M. PURCELL, in
his official capacity, Captain KEVIN
WOOD, jail administrator, individually
and in his official capacity, and DOES 1-
10, individually and in their official
capacity, jointly and severally,

      Defendants.

---

Paul A. Ledford (P57542)
LEDFORD & ASSOCIATES
Attorneys for Plaintiff
3181 Prairie St., SW, Suite 106
Grandville, MI 49418
(616) 257-3300
paul@ledford-law.com

Haider A. Kazim (P66146)
Matthew W. Cross (P77526)
CUMMINGS, MCCLOREY, DAVIS &
ACHO, P.L.C.
Attorneys for Defendants
310 West Front Street, Suite 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 (fax)
hkazim@cmda-law.com

---

## EMERGENCY
## NOTICE OF AUDIO & VIDEO DEPOSITION
## TO PRESERVE TESTIMONY FOR TRIAL

      PLEASE TAKE NOTICE that the audio and video deposition of Patrick Ketner will take place in the offices of Plaintiff's counsel on Monday, September 10, 2018 at 10:00 a.m. This deposition is being provided under extremely short notice due to the fact that the deponent will be moving out of the United States and will be residing in a foreign country on Tuesday, September 11, 2018.

                                        /s/  Paul A. Ledford
                                        Attorney for Plaintiff