UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD W. WRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-cv-889 |
| | ) Honorable Phillip J. Green |
| COUNTY OF MECOSTA, et al., | ) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date:

**IT IS HERBY ORDERED** that judgment is entered in favor of defendants on all plaintiff's federal claims and the court declines to exercise supplemental jurisdiction over plaintiff's purported state law claims.

Dated: October 10, 2018

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge